Certificate Number: 17082-PAM-DE-029488029

Bankruptcy Case Number: 17-01788


17082-PAM-DE-029488029

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 26, 2017, at 9:11 o'clock PM MST, SHANNON M LENGAL completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: June 26, 2017   By: /s/Orsolya K Lazar

Name: Orsolya K Lazar

Title: Executive Director